IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GMAC INC.,

        Plaintiff,

v.                                        CASE NO.: 4:09-CV-332-SPM/WCS

BRUCE H. THOMAS, et al.,

        Defendants.

_____/


**ORDER GRANTING PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS**

      THIS CAUSE comes before the Court upon "Plaintiff's Motion to Voluntarily Dismiss the Proceeding" (doc. 10). Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby ORDERED AND ADJUDGED:

      1.     This case is hereby ***dismissed***.

      2.     The Court shall retain jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown, including so as to enforce the terms of a settlement agreement.

      DONE AND ORDERED this <u>twenty-fifth</u> day of January, 2010.


                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge